ATTACHMENT TO CIVIL COVER SHEET FOR TRUE THE VOTE, INC. V. COLLEEN STEWART, IN HER OFFICIAL CAPACITY AS GILPIN COUNTY CLERK AND RECORDER

I. (c) Attorneys

Jessica K. Peck, Esq.
The Peck Law Firm, LLC
1616 Seventeenth Street, Suite 576
Denver, Colorado 80202
(720) 628-5756


J. Christian Adams
ELECTION LAW CENTER, PLLC.
300 N. Washington Street, Ste. 405
Alexandria, Virginia 22314
(703) 963-8611
*Application to District of Colorado to be filed*


H. Christopher Coates
Law Office of H. Christopher Coates
934 Compass Point
Charleston, South Carolina 29412
(843) 609-7080
*Application to District of Colorado to be filed*