**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

TRUE THE VOTE, INC.,

        Plaintiff,

  v.

COLLEEN STEWART, IN HER OFFICIAL
CAPACITY AS GILPIN COUNTY CLERK
AND RECORDER
        Defendant.

---

**CORPORATE DISLCOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1**

---

    Plaintiff, by its attorneys, files this Corporate Disclosure Statement pursuant to Colorado Local Rule 7.4.

    Plaintiff has no parent company and no publicly held entity owns ten percent or more of its stock.

1

Dated: December 12, 2013

Respectfully submitted,

/s/ Jessica K. Peck
Jessica K. Peck, Esq.
Colo. Reg. #41299
The Peck Law Firm, LLC
1616 Seventeenth Street
Suite 576
Denver, Colorado 80202
(720) 628-5756
Jessica@JPDenver.com

| | |
|---|---|
| J. Christian Adams | H. Christopher Coates |
| ELECTION LAW CENTER, PLLC. | Law Office of H. Christopher Coates |
| 300 N. Washington Street, Ste. 405 | 934 Compass Point |
| Alexandria, Virginia 22314 | Charleston, South Carolina 29412 |
| (703) 963-8611 | (843) 609-7080 |
| adams@electionlawcenter.com | curriecoates@gmail.com |
| *Application to District of Colorado to be filed* | *Application to District of Colorado to be filed* |

Attorneys for Plaintiff

2