**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

TRUE THE VOTE, INC.,

                Plaintiff,

   v.

COLLEEN STEWART, IN HER OFFICIAL
CAPACITY AS GILPIN COUNTY CLERK
AND RECORDER
                Defendant.

---

**STATEMENT OF RELATED CASE PURSUANT TO LOCAL RULE 3.2**

---

      Plaintiff, by its attorneys, filed an action today for violations of Section 8 of the National Voter Registration Act of 1993, 42 U.S.C. §1973gg-6, *et. seq.* against the above-captioned Defendant (the "Complaint").  Plaintiff has also filed this same day with this District a complaint against Erin K. Wintz, in her official capacity as Mineral County Clerk and Recorder (the "Related Matter").  The Complaint and the Related Case are cases that have at least one party in common and have common questions of law and fact.

1

Dated: December 12, 2013                    Respectfully submitted,

/s/ Jessica K. Peck
Jessica K. Peck, Esq.
Colo. Reg. #41299
The Peck Law Firm, LLC
1616 Seventeenth Street
Suite 576
Denver, Colorado 80202
(720) 628-5756
Jessica@JPDenver.com

J. Christian Adams                          H. Christopher Coates
ELECTION LAW CENTER, PLLC.                  Law Office of H. Christopher Coates
300 N. Washington Street, Ste. 405          934 Compass Point
Alexandria, Virginia 22314                  Charleston, South Carolina 29412
(703) 963-8611                              (843) 609-7080
adams@electionlawcenter.com                 curriecoates@gmail.com
*Application to District of Colorado to be filed*   *Application to District of Colorado to be filed*

Attorneys for Plaintiff