IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03369-RPM

TRUE THE VOTE, INC.,

    Plaintiff,

v.

COLLEEN STEWART, IN HER OFFICIAL CAPACITY AS
GILPIN COUNTY CLERK AND RECORDER,

    Defendant.

_____

## TRANSFER ORDER
_____

Because the complaint in this civil action raises issues that are in common with those in the complaint in Civil Action No.13-cv-03368-PAB, with the approval of the Chief Judge and the consent of Judge Philip A. Brimmer, it is

ORDERED that this civil action is transferred to Judge Brimmer.

DATED: December 17th, 2013

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior Judge