IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03369-PAB

TRUE THE VOTE, INC.,

    Plaintiff,

v.

COLLEEN STEWART, in her official capacity as Gilpin County Clerk and Recorder,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This case is related to Case No. 13-cv-03368-PAB-CBS.  In light of the fact that Magistrate Judge Craig B. Shaffer is assigned to the related case, it is appropriate that Magistrate Judge Shaffer also be assigned to this case.  Accordingly, pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72, it is

    **ORDERED** that the Clerk of the Court reassign this matter to Magistrate Judge Craig B. Shaffer.

    DATED December 20, 2013.