IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-03369-PAB-CBS

TRUE THE VOTE, Inc.,

        *Plaintiff*,

v.

COLLEEN STEWART, in her official
Capacity as GILPIN COUNTY CLERK
AND RECORDER
        *Defendant.*

---

## RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL

---

THE CLERK WILL PLEASE TAKE NOTICE:

COMES NOW the Plaintiff, True the Vote, Inc., pursuant to Rule 41(a)(1)(A)(i) and files this voluntary dismissal, without prejudice, and hereby dismisses the instant case. This plaintiff has <u>not</u> previously dismissed any state or federal court action based on or including the same claim against the defendant. Defendant has not filed an appearance, answer or motion for summary judgment.

                                              S/Jessica K. Peck
                                              Jessica K. Peck, Esq.
                                              Colo. Reg. #41299
                                              The Peck Law Firm, LLC
                                              1616 Seventeenth Street
                                              Suite 576
                                              Denver, Colorado 80202
                                              (720) 628-5756
                                              Jessica@JPDenver.com

2

| | |
|---|---|
| J. Christian Adams | H. Christopher Coates |
| ELECTION LAW CENTER, PLLC. | Law Office of H. Christopher Coates |
| 300 N. Washington Street, Ste. 405 | 934 Compass Point |
| Alexandria, Virginia 22314 | Charleston, South Carolina 29412 |
| (703) 963-8611 | (843) 609-7080 |
| adams@electionlawcenter.com | curriecoates@gmail.com |
| *Pro Hac Vice application to be filed* | *Pro Hac Vice applications to be filed* |

Attorneys for Plaintiff